# STEVEN J. MOSER, P.C.
ATTORNEY AT LAW

1 School Street, Suite 303
Glen Cove, New York 11542
Phone: (516) 671-1150
Fax: (516) 882-5420
stevenjmoser@gmail.com
http://www.stevenjmoser.com

**Of Counsel:**
James J. Keefe, Esq.

November 7, 2012

**VIA ECF**

Hon. A. Kathleen Tomlinson, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   Moreno v. Nassau Country Club
      12-CV-05324 (DRH)(AKT)

Dear Judge Tomlinson:

I have been working with the U.S. Department of Homeland Security, USCIS, Humanitarian Affairs Branch, to obtain permission for my client, who now resides in Mexico, to return to the United States in order to testify. I have obtained the assurance of Senatorial intervention in order to complete this process.

The USCIS has made the following request in order to approve the plaintiff's application for Public Interest Parole into the United States:

"Official Court documents which show the date the trial will start. Additionally, please provide an estimate of when the trial will end, as well as the estimated time that Raul Moreno Carranza will need to be in the United States."

I have annexed the Government's "REQUEST FOR ADDITIONAL EVIDENCE". I originally obtained an extension of the filing deadline for the additional documentation to October 25, 2012, and am seeking an additional adjournment from the Government. The plaintiff respectfully requests that the Court issue an opinion in letter form as to these issues.

Respectfully yours,

Steven John Moser



*Refugee, Asylum, and International Operations Directorate*

**U.S. Department of Homeland Security**
20 Massachusetts Avenue, Room 3300
Washington, DC 20529

**U.S. Citizenship and Immigration Services**

July 27, 2012
In reply refer to: IAO/37583/JRM

Mr. Steven J. Moser, Esq.
Steven J. Moser, P.C.
1 School Street, Suite 303
Glen Cove, NY 11542

# REQUEST FOR ADDITIONAL EVIDENCE

Dear Mr. Moser:

This responds to your application received in this office on June 04, 2012 for a favorable exercise of parole authority by the Secretary of the Department of Homeland Security on behalf of Raul Moreno Carranza, born on October 07, 1960 in Mexico, A205 203 601.

At this time, the request cannot be adjudicated. You will need to submit the following documents:

1) Government issued identification (for example, a passport or birth certificate) for Raul Moreno Carranza, Steven John Moser, and Walter P. Moser;
2) Proof that Raul Moreno Carranza applied for a nonimmigrant visa and was denied;
3) Official Court documents which show the date the trial will start. Additionally, please provide an estimate of when the trial will end, as well as the estimated time that Raul Moreno Carranza will need to be in the United States.

Please mail your response to this Request for Additional Evidence to the Humanitarian Affairs Branch at the following address:

    **U.S. Department of Homeland Security**
    **U.S. Citizenship and Immigration Services**
    **International Operations Division**
    **Attn: Humanitarian Affairs Branch**
    **20 Massachusetts Avenue, N.W., Mailstop 2100**
    **Washington, DC 20529**